DEMOVSKY LAWYER SERVICE
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

United States District Court
Southern District Of New York

-------------------------------------------------------------------X

BUDRI SRL,

        Plaintiff,

    v.

CLARK CONSTRUCTION CORP.,

        Defendant.

-------------------------------------------------------------------X

Civil Action No. 14-CV-4075 (JMF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  }
                S.S.
COUNTY OF NEW YORK}

        **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 16th day of January, 2015, at approximately the time of 9:42am, deponent attempted to serve a true copy of the **SUMMONS ON A THIRD-PARTY COMPLAINT, CLARK CONSTRUCTION CORP.'S THIRD PARTY COMPLAINT AGAINST VALERY KOGAN AND ROYAL WEST PROPERTIES, LLC AND INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES JESSE M. FURMAN, UNITED STATES DISTRICT JUDGE** upon **VALERY KOGAN** at One Central Park South, Units 1007/1009, New York, NY but the Doorman told deponent that **VALERY KOGAN** owns that apartment but she has not lived in that apartment for almost a year now.

        That on the 22nd day of January, 2015, at approximately the time of 8:12pm, deponent again attempted to serve a true copy of the **SUMMONS ON A THIRD-PARTY COMPLAINT, CLARK CONSTRUCTION CORP.'S THIRD PARTY COMPLAINT AGAINST VALERY KOGAN AND ROYAL WEST PROPERTIES, LLC AND INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES JESSE M. FURMAN, UNITED STATES DISTRICT JUDGE** upon **VALERY KOGAN** at One Central Park South, Units 1007/1009, New York, NY but there was no answer to that apartment at that address.

        That on the 23rd day of January, 2015, at approximately the time of 10:25am, deponent again attempted to serve a true copy of the **SUMMONS ON A THIRD-PARTY COMPLAINT, CLARK CONSTRUCTION CORP.'S THIRD PARTY COMPLAINT AGAINST VALERY KOGAN AND ROYAL WEST PROPERTIES, LLC AND**

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES JESSE M. FURMAN, UNITED STATES DISTRICT JUDGE** upon **VALERY KOGAN** at One Central Park South, Units 1007/1009, New York, NY but there was no answer to that apartment at that address.

At that time, therefore, deponent served a true copy of the foregoing papers upon **VALERY KOGAN** by firmly affixing same conspicuously on the brown door at that address, the actual place of residence.

That on the 23rd day of January, 2015, deponent served another copy of the foregoing upon **VALERY KOGAN** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words **"PERSONAL AND CONFIDENTIAL"** written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

VALERY KOGAN
One Central Park South
Units 1007/1009
New York, NY 10019

**FREDERICK PRINGLE, 1350201**

Sworn to before me this
27th day of January, 2015

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109713
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com